# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

United States of America
v.

Lorenzo Rafelle FAMBRO
*Defendant(s)*

Case No. 2:22-mj-175

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of 02/01/2022 in the county of Franklin in the Southern District of Ohio, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21 USC Section 841 (a)(1), and (b)(1)(B)(vi) | Distribution of a mixture and a substance containing a detectable amount of Fentanyl |
| Title 21 USC Section 841(a)(1) and (b)(1)(C) | Distribution of a mixture and a substance containing a detectable amount of Cocaine |
| Title 21 USC Section 841(a)(1), and (b)(1)(C) | Distribution of a mixture and a substance containing a detectable amount of Cocaine |

This criminal complaint is based on these facts:
See Attached Affidavit

☒ Continued on the attached sheet.

*Complainant's signature*, TFO

DEA Task Force Officer Phillip Miller
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 3/14/2022

Chelsey M. Vascura
United States Magistrate Judge
*Judge's signature*

City and state: Columbus, Ohio

CHELSEY M. VASCURA, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Phillip L. Miller, having been duly sworn, state the following:

## INTRODUCTION

1. I am a Police Officer and Detective with the Columbus Division of Police, assigned full-time as a Task Force Officer (TFO) with the Drug Enforcement Administration (DEA), Columbus District Office. As such, I am an "investigative or law enforcement officer" of the United States within the meaning of Title 18 U.S.C.§ 2510(7), that is, an officer of the United States empowered by law to conduct criminal investigations and make arrests for offenses enumerated in Title 18 U.S.C.§ 2516. Your affiant has been employed by the Columbus Division of Police as a "Law Enforcement Officer," as defined in the Ohio Revised Code Section 2901.01, since July, 2002. Your affiant is empowered to investigate, to make arrests with or without warrants and to execute search warrants under the authority of Title 21 U.S.C. § 878 and the Ohio Revised Code. Prior to being assigned to the DEA Task Force, your affiant was assigned to the Columbus Division of Police, Patrol Unit from July 2003 to October 2018 then to the Detective Bureau between October 2018 and July 2019.

2. I graduated from the Columbus Division of Police Academy located in Columbus, Ohio in January 2003. I received approximately 6 months of specialized police training including but not limited to: search and seizure, investigative techniques, testifying in court, evidence collection, interview and interrogation, and controlled substance identification. I've received my Detective Bureau certification through the Columbus Division of police as well as completed Task Force Officer training provided by the DEA.

3. During the course of my law enforcement career, I have had experience in debriefing defendants and interviewing participating witnesses, cooperating individuals and other persons who have personal knowledge and experience regarding narcotics related investigations.

4. As a DEA TFO and police officer, I have participated in the execution of search warrants at the residences and businesses of narcotics traffickers, safe houses, crack houses, and have participated in numerous arrests for drug related offenses. I have drafted numerous search warrants.

5. As a DEA TFO, I have participated in investigations targeting individuals and organizations trafficking heroin, cocaine, cocaine base ("crack"), marijuana, methamphetamine,

1

fentanyl, and other controlled substances as defined in 21 U.S.C. § 878, 801 and the Ohio Revised Code.

## PURPOSE OF AFFIDAVIT

6. This affidavit is made in support of an application for a federal arrest warrant and criminal complaint against Lorenzo Rafelle FAMBRO, AKA "Budda", for knowingly and intentionally distributing 40 grams or more of a mixture and a substance containing a detectable amount of Fentanyl, a schedule II controlled substance, in violation of Title 21, U.S.C. § 841 (a)(1) and (b)(1)(B) (vi). In addition, FAMBRO twice knowingly and intentionally distributed approximately 100 grams of a mixture and a substance containing a detectable amount of cocaine, a schedule II controlled substance, in violation of Title 21, U.S.C. § 841 (a)(1) and (b)(1)(C). My knowledge of this investigation is based upon my own personal observations, as well as the observation and investigation conducted by other law enforcement officers knowledgeable of the facts and circumstances involved in the subject investigation. I have not included in this Affidavit all the facts known to me, but only that information sufficient to establish probable cause to believe that Lorenzo R. FAMBRO committed a violation of Title 21, U.S.C. § 841 (a)(1) and (b)(1)(B)(vi) and Title 21, U.S.C. § 841 (a)(1) and (b)(1)(C).

## SUMMARY OF PROBABLE CAUSE

7. On February 1, 2022, following a series of telephone calls and text messages between a DEA confidential source, hereafter referred to as the (CS), and known fentanyl distributor Lorenzo R. FAMBRO, arrangements were made by the CS to introduce, DEA Special Agent (SA) Kendall Clark, acting in an undercover capacity, to FAMBRO sometime in the afternoon on February 1, 2022. The purpose of the meeting was for SA Clark to purchase two (2) ounces of fentanyl from FAMBRO. According to the CS, FAMBRO had agreed to sell SA Clark two (2) ounces of fentanyl for $2,600.00 in U.S. currency. According to the CS, FAMBRO, AKA "Buda", advised the CS to contact him once his "people were in town and ready to go" on FAMBRO's cellular telephone, telephone number (614) 397-2029. The CS has, in the past, provided DEA with information which was later corroborated through independent investigation. The CS is considered to be reliable.

2

8.   On February 1, 2022, plans were formulated at the DEA's Columbus District Office for DEA Special Agent (SA) Kendall Clark to meet with FAMBRO later that day, for the purpose of purchasing two (2) ounces of fentanyl.

9.   On February 1, 2022, SA Clark was provided with $2,600.00 in Official Advanced Funds (OAF) with which to purchase the purported fentanyl. SA Clark was also equipped with a digital recording device in order to record the anticipated conversation between SA Clark and FAMBRO. In addition to the recording device, SA Clark was equipped with an additional transmitting device which was subsequently monitored by DEA Task Force Officer (TFO) Miller over a police radio for the protection of SA Clark.

10.  On February 1, 2022, at approximately 12:34 p.m., DEA SAs Joseph Bochenek, Lance Jardot, DEA Task Force Officers (TFOs) Andy Wuertz, Dave Barrick, and DEA Group Supervisor (GS) Scott Waugaman established surveillance at the proposed meet location. The proposed meet location was the Arby's parking lot located at 1563 West Broad Street in Columbus, Ohio 43222.

11.  At approximately 12:39 p.m., DEA TFOs Brian Daron, Phil Miller, and Andy Wuertz observed SA Clark and the CS arrive at the proposed meet location and park in the middle of the Arby's parking lot.

12.  At approximately 1:02 p.m., TFO Wuertz observed a black male adult driving a silver or gray 2021 Toyota Camry, bearing Missouri license plate LF2G0R hereafter referred to as "TARGET VEHICLE", registered to PV Holding at 10482 Natural Bridge in St. Louis, Missouri 63134, arrive in the lot and park next to SA Clark's vehicle. As the TARGET VEHICLE pulled up to the passenger side of SA Clark's vehicle, TFO Wuertz observed the CS get out and speak briefly with the driver and sole occupant of the TARGET VEHICLE. TFO Wuertz subsequently observed the black male driver of the TARGET VEHICLE exit his vehicle and walk over to SA Clark's vehicle. The black male driver was wearing blue jeans and a maroon hooded sweatshirt. The black male driver was subsequently identified by both the CS and SA Clark as Lorenzo Rafelle FAMBRO. SA Clark was able to confirm FAMBRO's identity after looking at a BMV driver's license photo of FAMBRO.

3

13. At approximately 1:03 p.m., TFO Wuertz observed FAMBRO get into the front passenger seat of SA Clark's vehicle. This seat had just been vacated by the CS. The CS subsequently got into the backseat of SA Clark's vehicle, sitting behind FAMBRO.

14. According to SA Clark, FAMBRO placed approximately 110 gross grams of a white powder substance, purported to be fentanyl that was contained within a clear plastic baggie, inside a cup holder located on the center console of SA Clark's vehicle. At approximately the same time, SA Clark handed FAMBRO the $2,600.00 in OAF in exchange for the fentanyl.

15. At approximately 1:06 p.m., TFO Wuertz observed FAMBRO exit SA Clark's vehicle and then walk back to the TARGET VEHICLE.

16. At approximately 1:07 p.m., TFO Wuertz observed both vehicles depart the area. FAMBRO subsequently turned west onto West Broad Street after leaving the Arby's parking lot.

17. At approximately 1:18 p.m., SA Jardot observed FAMBRO arrive and park on the south end of 2903 East 9th Avenue in Columbus, Ohio 43219. The address listed as FAMBRO's residence on his Ohio driver license is 2903 East 9th Avenue, Apartment C, in Columbus, Ohio 43219 "TARGET LOCATION". 2903 East 9th Avenue is an apartment building containing four apartments. At the time FAMBRO arrived at the TARGET LOCATION, a white 2008 Ford Crown Victoria, bearing Ohio license plate JMX8090, registered to Lorenzo FAMBRO at 2903 East 9th Avenue in Columbus, Ohio 43219, and a white 2011 Chevrolet Malibu, bearing Ohio license plate JKB7054, registered to Lorenzo Rafelle FAMBRO at 2903 East 9th Avenue, Apartment C, in Columbus, Ohio 43219, were parked at the south end of the TARGET LOCATION, in parking spaces located north of an alley running along the south end of the building.

18. At approximately 1:19 p.m., DEA TFO Bryan Mason and SA Jardot observed FAMBRO exit the TARGET VEHICLE and then subsequently walk east and then north along the TARGET LOCATION before entering one of the apartments.

4

19. At approximately 1:26 p.m., TFO Mason observed FAMBRO depart the northernmost upstairs apartment, apartment C, and subsequently walk down the stairs and then walk south to where the TARGET VEHICLE was located. Moments later, TFO Mason observed FAMBRO depart the area in the TARGET VEHICLE. Surveillance was then terminated.

20. On February 3, 2022, DEA forensic chemists subsequently provided Your Affiant with verbal confirmation that the white powder purchased from FAMBRO on February 1, 2022, weighed 49.5 grams and tested positive for the presence of fentanyl.

21. As a result of a series of text messages and telephone calls between SA Clark, acting in an undercover capacity, and known drug trafficker Lorenzo Rafelle FAMBRO, arrangements were made for SA Clark to meet with FAMBRO on February 11, 2022. The purpose of this meeting was for SA Clark, acting in an undercover capacity, to purchase four (4) ounces of fentanyl from FAMBRO. FAMBRO had advised SA Clark that the purchase price would be $5,400.00. In response to these arrangements, plans were formulated at the DEA's Columbus District Office to surveil the planned meeting between SA Clark and FAMBRO on February 11, 2022, in order to purchase the four ounces of fentanyl from FAMBRO for $5,400.00 in OAF.

22. On February 11, 2022, SA Clark was given $5,400.00 in OAF to purchase four ounces of fentanyl. FAMBRO had earlier agreed to sell SA Clark four ounces of fentanyl for $5,400.00. SA Clark was also equipped with a device capable of producing an audio recording of the planned meeting between SA Clark and FAMBRO. SA Clark was also given a transmitting device that was monitored over a police radio by DEA Task Force Officer (TFO) Phil Miller for the protection of SA Clark.

23. On February 11, 2022, at approximately 11:40 a.m., DEA SA Christopher Cadogan and DEA Task Force Officer (TFO) Christopher Farrington established surveillance of FAMBRO's residence located at 2903 East 9th Avenue, apartment C, in Columbus, Ohio 43219, "TARGET LOCATON". At the time surveillance was established, the white 2008 Ford Crown Victoria hereafter referred to as "TARGET VEHICLE", bearing Ohio license plate JMX8090,

5

registered to Lorenzo FAMBRO at 2903 East 9th Avenue in Columbus, Ohio 43219, was parked south of 2903 East 9th Avenue.

24. At approximately 11:51 a.m., SA Cadogan observed FAMBRO depart TARGET LOCATION apartment C and subsequently get into the TARGET VEHICLE and then depart the area.

25. At approximately 12:05 p.m., TFO Farrington observed FAMBRO arrive and park at the Cloud Nine Smoke Shop located at 2136 Eakin Road in Columbus, Ohio 43223. TFO Farrington and DEA Group Supervisor (GS) Scott Sundquist subsequently observed FAMBRO get out of the TARGET VEHICLE and walk into the smoke shop.

26. At approximately 12:07 p.m., TFO FARRINGTON and GS Sundquist observed FAMBRO exit the smoke shop and get back into the TARGET VEHICLE. Moments later, TFO Farrington and GS Sundquist observed FAMBRO depart the Cloud Nine Smoke Shop.

27. At approximately 12:21 p.m., SA Jardot and TFO Farrington observed FAMBRO arrive and park at the Quick Stop Convenience Store located at 2776 East 5th Avenue in Columbus, Ohio 43219. TFO Farrington subsequently observed FAMBRO get out of the TARGET VEHICLE and walk into the store.

28. At approximately 12:22 p.m., TFO Farrington observed FAMBRO exit the store, walk back to the TARGET VEHICLE, and then subsequently depart the area.

29. At approximately 12:25 p.m., SA Cadogan observed FAMBRO arrive back at the TARGET LOCATION, and park to the south of the four-unit apartment building. SA Cadogan subsequently observed FAMBRO get out of the TARGET VEHICLE, walk up the stairs, and re-enter TARGET LOCATION apartment C.

30. At approximately 12:37 p.m., SA Cadogan observed FAMBRO exit TARGET LOCATION apartment C carrying a black garbage bag. SA Cadogan subsequently observed

6

FAMBRO toss the garbage bag into a dumpster located on the southeast corner of the apartment building before then walking towards the TARGET VEHICLE. Moments later, SA Cadogan observed FAMBRO depart the area in the TARGET VEHICLE.

31. At approximately 12:41 p.m., DEA TFOs Phil Miller, Andy Wuertz, DEA SA Sam Miller, and GS Sundquist observed SA Clark arrive at the pre-designated meet location. This location was the parking lot of the Lowe's located at 2345 Silver Drive in Columbus, Ohio 43211. Previously, FAMBRO had agreed to meet SA Clark at this location in order to sell SA Clark the four ounces of fentanyl.

32. At approximately 12:50 p.m., SA Jardot observed FAMBRO arrive at the meet location (2345 Silver Drive).

33. At approximately 12:51 p.m., GSs Scott Waugaman, Sundquist, and SA Jardot observed FAMBRO pull up alongside SA Clark's vehicle, on the passenger side. GSs Waugaman and Sundquist subsequently observed FAMBRO get out of his Crown Victoria and into the front passenger seat of SA Clark's vehicle.

34. According to SA Clark, once inside the vehicle, FAMBRO gave SA Clark approximately 165.1 gross grams of a white powder substance believed to be fentanyl that was contained within a clear plastic baggie in exchange for $5,400.00 in (OAF).

35. At approximately 12:52 p.m., GS Waugaman observed FAMBRO get out of SA Clark's vehicle and then get back into the TARGET VEHICLE. Moments later, GS Waugaman observed FAMBRO depart the area in the TARGET VEHICLE.

36. At approximately 1:12 p.m., SA Jardot observed FAMBRO arrive and park in close proximity to the Red Robin Restaurant inside the Mall at Tuttle Crossing located at 5043 Tuttle Crossing Boulevard in Dublin, Ohio 43016. Moments later, TFO Farrington observed FAMBRO get out of the TARGET VEHICLE and walk into the Mall. Surveillance terminated.

7

37. As a result of a series of text messages and telephone calls between SA Clark, acting in an undercover capacity, and known drug trafficker and Lorenzo Rafelle FAMBRO, arrangements were made for SA Clark to meet with FAMBRO on March 1, 2022. The purpose of this meeting was for SA Clark, acting in an undercover capacity, to purchase four (4) ounces of fentanyl from FAMBRO. FAMBRO had advised SA Clark that the purchase price would be $5,400.00. In response to these arrangements, plans were formulated at the DEA's Columbus District Office to surveil the planned meeting between SA Clark and FAMBRO on March 1, 2022, in order to purchase the four ounces of fentanyl from FAMBRO for $5,400.00 in (OAF).

38. On March 1, 2022, SA Clark was given $5,400.00 in (OAF) to purchase four ounces of fentanyl. FAMBRO had earlier agreed to sell SA Clark four ounces of fentanyl for $5,400.00. SA Clark was also equipped with a device capable of producing an audio recording of the planned meeting between SA Clark and FAMBRO. SA Clark was also given a transmitting device that was monitored over a police radio by DEA Task Force Officer (TFO) Phil Miller for the protection of SA Clark.

39. On March 1, 2022, at approximately 12:45 p.m., DEA SAs Christopher Cadogan, Peter Kane, and DEA Task Force Officer (TFO) Brian Daron established surveillance of FAMBRO's residence located at 2903 East 9th Avenue, apartment C, in Columbus, Ohio 43219 "TARGET LOCATION". At the time surveillance was established, the white 2008 Ford Crown Victoria, bearing Ohio license plate JMX8090 "TARGET VEHICLE", registered to Lorenzo FAMBRO at 2903 East 9th Avenue in Columbus, Ohio 43219, and the white 2011 Chevrolet Malibu, bearing Ohio license plate JKB7054, registered to Lorenzo Rafelle FAMBRO at 2903 East 9th Avenue, Apartment C, in Columbus, Ohio 43219, were parked south of 2903 East 9th Avenue.

40. At approximately 12:54 p.m., SA Cadogan observed a black female adult wearing a bright red hooded sweatshirt walking in the alley behind (south of) TARGET LOCATION. SA Cadogan subsequently observed the black female appear to get into the TARGET VEHICLE and then depart the area. SA Cadogan subsequently observed the TARGET VEHICLE turn south onto Alton Avenue. According to SA Cadogan, the TARGET VEHICLE was occupied by two adults, one seated in the driver seat and the other seated in the front passenger seat. SA Cadogan was

8

unable to observe whether or not the black female wearing the red sweatshirt was driving or seated in the front passenger seat of the TARGET VEHICLE.

41. At approximately 1:25 p.m., DEA Group Supervisor (GS) Scott Waugaman, DEA SA Christopher Caplin, DEA TFOs Andy Wuertz, and Christopher Farrington established surveillance at the Turkey Hill Market located at 1880 East Broad Street in Columbus, Ohio 43203. Previously, FAMBRO had proposed this location to SA Clark to meet and then conduct their planned fentanyl transaction.

42. At approximately 1:56 p.m., TFO Wuertz observed the white Crown Victoria bearing Ohio license plate JMX8090, arrive at the Turkey Hill Market and then pull up to the gas pumps.

43. At approximately 1:59 p.m., TFO Wuertz observed a heavy-set individual wearing a black beanie and a black hooded sweatshirt, over an untucked red t-shirt get out of the driver seat of the TARGET VEHICLE, look hard at several vehicles that were parked in the area, and then walk into the Turkey Hill Market. This individual was later identified as Lorenzo Rafelle FAMBRO. Investigators were unable to see if anyone else was inside the TARGET VEHICLE.

44. At approximately 2:04 p.m., DEA SAs Sam Miller, Jeff Kirschweng, and DEA TFO Phil Miller observed SA Clark arrive and park on the northeast section of the Turkey Hill parking lot.

45. At approximately 2:07 p.m., SA Kirschweng reported that SA Clark was on the phone with FAMBRO.

46. At approximately the same time, TFO Wuertz observed FAMBRO exit the TARGET VEHICLE, which was still parked at the pumps, and then walk over to SA Clark's vehicle. TFO Wuertz subsequently observed FAMBRO get into SA Clark's vehicle through the front passenger door and then sit down in the front passenger seat of SA Clark's vehicle.

47. According to SA Clark, once inside the vehicle, FAMBRO gave SA Clark approximately 159.3 gross grams of a white powder substance believed to be fentanyl that

9

was contained within a clear plastic baggie in exchange for $5,400.00 in (OAF). According to SA Clark, FAMBRO pulled the plastic baggie containing purported fentanyl from his waistband. According to SA Clark, at the time FAMBRO pulled the plastic bag from his waistband, the baggie was further contained inside a latex glove.

48. At approximately 2:09 p.m., TFO Wuertz observed FAMBRO get out of SA Clark's vehicle and then walk back towards the TARGET VEHICLE. Moments later, GS Waugaman observed FAMBRO depart the area in the TARGET VEHICLE.

49. At approximately 2:15 p.m., DEA SA Ivana Vidovic observed FAMBRO pull into the Nelson Park Apartments and park in close proximity to the apartment building located at 1962 Maryland Avenue, apartment D, in Columbus, Ohio 43219.

50. At approximately 2:20 p.m., DEA TFO Bryan Mason observed FAMBRO and a male toddler walking from 1962 Maryland Avenue towards the TARGET VEHICLE. Moments later, TFO Mason observed a black female wearing a bright red hooded sweatshirt exit apartment D inside 1962 Maryland Avenue and then walk towards the TARGET VEHICLE.

51. At approximately 2:21 p.m., TFO Mason observed the black female turn around and walk back towards apartment D, re-enter apartment D, then exit the apartment once again and walk back towards the TARGET VEHICLE. Moments later, TFO Daron observed the TARGET VEHICLE occupied by FAMBRO (driver), the black female wearing a red hooded sweatshirt (front passenger), and the male toddler (rear passenger) depart the area.

52. At approximately 2:27 p.m., SA Cadogan observed the TARGET VEHICLE traveling north on Alton Avenue towards 2903 East 9th Avenue. Moments later, SA Cadogan observed the TARGET VEHICLE park to the south of the apartment building located at the TARGET LOCATION.

53. At approximately 2:29 p.m., SA Cadogan observed FAMBRO walk up the stairs and then enter the TARGET LOCATION, followed by the female wearing the bright red hooded sweatshirt

10

and the male toddler. The female and the child both exited the TARGET VEHICLE shortly after FAMBRO.

## CONCLUSION

54. Based upon the information presented in this affidavit, there is probable cause to believe that beginning on or about February 1, 2022, in the Southern District of Ohio, Lorenzo Rafelle FAMBRO, did knowingly and intentionally distribute 40 grams or more of a mixture and a substance containing a detectable amount of fentanyl, a schedule II controlled substance, in violation of Title 21, U.S.C. § 841 (a)(1) and (b)(1)(B) (vi), and on or about February 11, 2022 and March 1, 2022, did knowingly and intentionally distribute approximately 100 grams of a mixture and a substance containing a detectable amount of cocaine, a schedule II controlled substance, in violation of Title 21, U.S.C. § 841 (a)(1) and (b)(1)(C).

Phillip Miller, Task Force Officer
Drug Enforcement Administration

SUBSCRIBED and SWORN to before me this ~~19~~ day of March, 2022.
14th

CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE

11